Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 726 - 2 | **DATE** | 10/27/2009 |
| **CASE TITLE** | USA vs. Manuel Adrian Estrada Moreno | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty and enters plea of guilty to Counts 1 and 3. Defendant informed of rights. Judgment of guilty entered. Cause referred to the probation office for a presentence investigation. Sentencing set for 1/8/201 at 11:30. Jury trial set for 12/7/2009 stricken.

Docketing to mail notices.

00:44

| | Courtroom Deputy Initials: | ETV |
|---|---|---|